UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-22677-RAR

JESUS GONZALEZ,

    Plaintiff,

v.

CRT CIV, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jesus Gonzalez, and Defendant, CRT CIV, LLC, collectively ("the Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of this case, with prejudice, with each Party to bear their own attorneys' fees, costs, and disbursements, except as otherwise agreed upon by the Parties.

Dated: September 23, 2024

                                                                                                   Respectfully submitted,

| | |
|---|---|
| *s/ Alberto R. Leal* | *s/ Scott S. Allen* |
| Alberto R. Leal, Esq. | Scott S. Allen, Esq. |
| Florida Bar No. 1002345 | Florida Bar No. 143278 |
| Email: *albertolealesq@gmail.com* | Email: *scott.allen@jacksonlewis.com* |
| ALBERTO R. LEAL, ESQ., P.A. | JACKSON LEWIS P.C. |
| 8927 Hypoluxo Rd., Suite 157 | One Biscayne Tower, Suite 3500 |
| Lake Worth, FL 33467 | 2 South Biscayne Boulevard |
| Telephone: (954) 637-1868 | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |